IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FOX VALLEY & VICINITY CONSTRUCTION WORKERS WELFARE FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 19 C 2409 |
| HOOKS AV, LLC, an Illinois limited liability company, | ) ) ) | JUDGE VIRGINIA M. KENDALL |
| Defendant. | ) ) | |

## **MOTION FOR ENTRY OF JUDGMENT**

Plaintiffs, by and through their attorneys, default having been entered against the Defendant on June 18, 2019, request this Court enter judgment against Defendant, HOOKS AV, LLC, an Illinois limited liability company. In support of this Motion, Plaintiffs state:

1. On June 18, 2019, this Court entered default against Defendant and granted Plaintiffs' request for an order directing Defendant to turn over its monthly fringe benefit contribution reports for the time period December 2018 forward. The Court also entered an order that judgment would be entered after Plaintiffs' received the required contribution reports and determined the amounts due and owing from Defendant.

2. Based on Defendant's monthly fringe benefit contribution reports submitted for the time period April 2017 through December 2017 and April 2018 through December 2018, Defendant is delinquent in contributions to the Funds in the amount of $24,854.67. (See Affidavit of David A. Dorfman). Defendant remitted payment of $24,853.57, leaving a balance due and owing of $1.10.

3. Additionally, the amount of $7,940.79 is due for liquidated damages and $1,380.82 is due for interest. (Dorfman Aff. Paras. 5, 6).

4. In addition, Plaintiffs' firm has expended $562.00 for costs and $2,298.75 for attorneys' fees in this matter. (See Affidavit of Catherine M. Chapman).

5. Based upon the documents attached hereto, Plaintiffs request entry of judgment in the total amount of $12,183.46.

WHEREFORE, Plaintiffs respectfully request this Court to enter judgment in the amount of $12,183.46.

/s/ Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6288574
Telephone: (312) 216-2577
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\Fvcwj\Hooks AV, LLC\motion-judgment.cms.df.wpd

# CERTIFICATE OF SERVICE

      The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m., this 1st day of November 2019:

                Illinois Secretary of State
                Department of Business Services
                Limited Liability Division
                Attn: File #05787211
                501 S. Second Street, Room 351
                Springfield, IL   62756

                Mr. Sherman L. Neal, Owner/Manager
                Hooks AV, LLC
                12249 Rhea Drive, Unit 2
                Plainfield, IL   60585-8762

                                                            /s/   Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone:  (312) 216-2577
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\Fvcwj\Hooks AV, LLC\motion-judgment.cms.df.wpd